FILED

10/09/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0342

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 19-0342

STATE OF MONTANA,

Plaintiff and Appellee,

v.

BRIAN ALAN ROBERTSON,

Defendant and Appellant.

## ORDER

Upon consideration of Appellee's motion for an extension of time, and good cause appearing therefor,

IT IS HEREBY ORDERED that Appellee is granted an extension of time to and including October 31, 2020, within which to prepare, serve, and file the State's response.

TKP

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 9 2020